UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSEPH PAUL GUARNERI,

                           Plaintiff,

                                                              DECISION AND ORDER

                                                               07-CV-6177L

              v.

LUCIENT J. LE CLAIRE, JR., et al.,

                           Defendants.
_____

      Plaintiff's *pro se* motion for a temporary restraining order (Dkt. # 4) is in all respects denied. There are factual and legal matters that must be resolved before the Court can determine whether plaintiff is entitled to the relief that he seeks.

      IT IS SO ORDERED.

                                                      _____
                                                         DAVID G. LARIMER
                                                    United States District Judge

Dated: Rochester, New York
       April 23, 2007.